

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Constantine Lizas*<br>*Special Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4989*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-5130*<br>*TTY/TDD: 410-962-4462* |

June 15, 2012

Honorable Benson E. Legg
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Yvonne Taylor
            Criminal Number L-11-0310

Dear Judge Legg,

    This is a criminal case involving a violation of Title 31, United States Code, Section 5332. Trial in this matter is set for August 6, 2012. Please note that the defendant filed four pre-trial motions on June 1, 2012. The government's response is due on June 18, 2012. However, the defendant may supplement one or more of those motions. In light of this possibility, the defendant has agreed to allow the government one extra week to respond.

                              Very truly yours,

                              Rod J. Rosenstein
                              United States Attorney

                By:    /s/
                      Constantine Lizas
                      Special Assistant United States Attorney

cc: Lance Hamm