## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. GLR-11-0310** |
| **YVONNE CASTLE TAYLOR** | * | |

**...oOo...**

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS

The United States of America, by and through undersigned counsel, hereby opposes and responds to pre-trial motions filed by the defendant, Yvonne Castle Taylor. On June 1, 2012, the defendant filed motions seeking an order directing the government: to provide the exhibits and exhibit list at least 20 days prior to trial (Docket no. 32); to provide a witness list at least 20 days prior to trial (Docket no. 35) and; to designate which evidence it will use in its case in chief that is discoverable under Rule 16 (Docket no. 34).

The government opposes all three of these motions. The defendant has not cited any authority for the orders requested. Furthermore, the defendant has not articulated any facts or circumstances that would necessitate the court acquiescing to the defendant's request.

With respect to the government's discovery obligations, the government has abided to, and will continue to abide by, its obligations under Rule 16.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Date:  June 25, 2012                    By:                /s/
                                             Constantine Lizas
                                             Special Assistant United States Attorney
                                             36 S. Charles Street, Fourth Floor
                                             Baltimore, Maryland 21201
                                             (410) 209-4889


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the   25th   day of June, 2012, a copy of the foregoing Government's Response to Defendant's Motions was served via ECF to Lance Hamm.


                         /s/
                Constantine Lizas
                Assistant United States Attorney

2