# EXHIBIT 1

```
FISCAL YEAR:* 1997 TYPE:* SZ CONTROL NBR:REDACTED VIOLATOR NB: 01 TOTAL: 01
TOPIC:* OUTBOUND CURRENCY SEIZURE OF $ 27,260
VIOLATOR BUSINESS NAME:
 ID#:           TYPE:    CTZNSHP: US DOB:REDACTED SEX:    RACE:
VIOLATOR LAST NAME: WEATHERS                                  HISPANIC:
         FIRST NAME: YVONNE            MIDDLE NAME: CASTLE
         STREET:* 819 FARAWAY COURT                  APT/SUITE:
         CITY:* MITCHELLVILLE             ST: MD CNTRY:* US ZIP: 20721
PERSONAL SEARCH: 09261997 0900 ARREST/IND:          SEIZURE: 09261997 0900
        OI CSE#: REDACTED
CONTRIBUTING INFO:* NONE   DEA   CBP/ICE Q TECS   NCIC   OTHER   BUREAU: CBP
PORT:* 1305          USERID            NAME-TITLE-AGENCY
DECLARATION TKN BY:    REDACTED   GRIFFIN/F-CUSTOMS INSPR-C
ARRSG OFC:                         CASE AGENT:
SEIZING OFFICER   :    REDACTED   GRIFFIN/F-CUSTOMS INSPR-C
SUPERVISOR        :*   REDACTED   MURPHY/K-SUPVY CUSTOMS INSPR-C
PORT DIRECTOR     :                CAROLE GRAVES
CONVEYANCE TYP:* O  INCIDENT CTGY:* O  SCIP?:    QRY NTFY?: 1
** INCIDENT IS APPROVED - 09/26/1997, FP&F CASE ACCEPTED **

(PF1=HELP) (PF3=MAIN) (PF4=HITLIST) (PF5=HISTORY) (PF8=NEXT PAGE) (PF9=ACCESS)
  (PF10=IMAGE) (PF13=TEXT) (PF14/PF15=LINK) (PF16=PRINT) (PF17=HOME RECORD)
```

Taylor 000034

ONE (P)RIMARY VIOLATION CODE IS REQUIRED
VIOLATION CODES:*

P: 535   31USC5317          31USC5316
S:
S:

ADDITIONAL SEIZURE SECTIONS OF LAW:

                                        MORE (Y/N)?




(PF1=HELP) (PF3=MAIN) (PF4=HITLIST) (PF5=HISTORY) (PF7=PREV PAGE)
(PF8 NEXT PAGE) (PF13=TEXT) (PF14/PF15=LINK) (PF16=PRINT) (PF17=HOME RECORD)